**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-21-00005-CV**

**BARRIE HANSEN, Appellant**

**V.**

**GABRIELLE N. HANSEN, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 18-09-13017-CV**

---

**MEMORANDUM OPINION**

On January 7, 2021, we notified the parties that the notice of appeal did not appear to have been timely filed. The appellant did not file a response. The trial court signed a final judgment on December 26, 2019. It appears that the appellate timetables were extended by the timely filing of a motion for new trial. *See* Tex. R. App. P. 26.1(a). Notice of appeal was due to be filed on March 25, 2020.

Appellant filed a notice of appeal on January 5, 2021, more than ninety days from the date of the judgment and outside the period for which we may grant an

extension of time to perfect appeal. *See* Tex. R. App. P. 26.3. This Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on February 3, 2021
Opinion Delivered February 4, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.

2